| | |
|---|---|
| 1 | E. MARTIN ESTRADA |
|   | United States Attorney |
| 2 | DAVID M. HARRIS |
| 3 | Assistant United States Attorney |
|   | Chief, Civil Division |
| 4 | CEDINA M. KIM |
| 5 | Assistant United States Attorney |
|   | Senior Litigation Counsel, Civil Division |
| 6 | JENNIFER LEE TARN, CSBN 240609 |
| 7 | Special Assistant United States Attorney |
|   | Office of the General Counsel |
| 8 | Social Security Administration |
| 9 | 6401 Security Boulevard |
| 10 | Baltimore, MD 21235 |
|    | Telephone: (510) 970-4861 |
| 11 | Email: Jennifer.Tarn@ssa.gov |

**JS-6**

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| MARIA MARTINEZ, | ) Case No. 2:24-cv-07262-AB-DFM |
|---|---|
| Plaintiff, | ) |
|  | ) **JUDGMENT** |
| v. | ) |
|  | ) |
| MARTIN O'MALLEY, | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

-1-

1  The Court having approved the parties' stipulation to remand this case
2  pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent
3  with that stipulation and for entry of judgment for Plaintiff, judgment is hereby
4  entered for Plaintiff.

5

6

7  DATED: October 29, 2024

8  _____
   HON. DOUGLAS F. MCCORMICK
9  UNITED STATES MAGISTRATE JUDGE