JANE W. CERVANTES, ESQUIRE
California Bar No. 262353
Chermol & Fishman, LLC
10808 Foothill Blvd
Suite 160, #520
Rancho Cucamonga, CA 91730
P: 215-464-7200
F: 215-464-7224
Email: fdc@ssihelp.us

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION - LOS ANGELES

MARIA MARTINEZ,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

Case # 2:24-cv-07262-AB-DFM

~~PROPOSED~~ ORDER

## ~~PROPOSED~~ ORDER

AND NOW, this __6th__ day of __January__, 2025, having considered the parties' Stipulation for EAJA fees, it is hereby ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $1,272.02 and costs in the amount of $405.00, subject to the terms of the Stipulation.

BY THE COURT:

_____
Douglas F. McCormick
United States Magistrate Judge